JS-6

STEVEN H. YUSTER, Bar No. 188444
BRAGG & KULUVA
555 S. Flower Street, Suite 600
Los Angeles, California 90071
Office No.: (213) 612-5335
Fax No.: (213) 612-5712

Attorneys for Plaintiff
FEDERAL INSURANCE COMPANY

FILED
CLERK, U.S. DISTRICT COURT
MAY 19 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| FEDERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>TYCO FIRE PRODUCTS, LP; GRINNELL CORPORATION; GEM SPRINKLER COMPANY, AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>Defendant. | CASE NO. CV10-3118 CAS(AJWx)<br><br>[~~PROPOSED~~] ORDER RE: REMAND |

The parties hereto have stipulated to the following facts:

WHEREAS Defendant, TYCO FIRE PRODUCTS, LP ("TYCO") filed a Notice of Removal ("Notice of Removal") with this Court on April 26, 2010 based on diversity of citizenship (*see* 28 U.S.C. §1332);

WHEREAS for purposes of diversity jurisdiction, TYCO is a citizen of Delaware, New Jersey and Pennsylvania;

WHEREAS for purposes of diversity jurisdiction, Plaintiff FEDERAL INSURANCE COMPANY ("Plaintiff") is a citizen of Indiana and New Jersey;

1

THEREFORE, diversity of citizenship does not exist in this case and the parties have stipulated to a remand of this action to State Court.

### ORDER

Based upon the review of the foregoing stipulation and good cause appearing therefore, this action is remanded forthwith to the Los Angeles County Superior Court.

DATED: 5/19/10

_____
JUDGE